**Order entered November 14, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00709-CV
### No. 05-19-00711-CV

### IN THE INTEREST OF I.S., ET AL., CHILDREN
### IN THE INTEREST OF J.L., ET AL., CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. DF-14-10695 and DF-17-19273**

## ORDER

Before the Court is the Department of Protective and Regulatory Services' November 12, 2019 motion to extension of time to file its briefs. We **GRANT** the motion and **ORDER** the briefs be filed no later than November 20, 2019. We caution that further extension requests will not be granted absent exigent circumstances.

/s/     KEN MOLBERG
         JUSTICE